IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LGBTQ PRISONERS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　Defendants. | 1:08-cv-01588 DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(DOCUMENT #5)<br><br>THIRTY DAY DEADLINE |

　　　　On October 21, 2008, Defendants J.A. Yates and C. Hudson-Huckabay (Defendants) removed Plaintiff's action from the Fresno County Superior Court to this court. On October 23, 2008, Defendants filed a request for an extension of time to file their responsive pleading.

　　　　**GOOD CAUSE APPEARING**, the Court grants Defendants' request for an extension of time to respond to Plaintiff's complaint. Accordingly, Defendants' responsive pleading shall be due no later than thirty days after the date that the Court determines whether Plaintiff's complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A.

　　　IT IS SO ORDERED.

　　　**Dated:　November 11, 2008**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE