UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM INSCOE, | CASE NO. 1:08-cv-01588-DLB PC |
| Plaintiff, | ORDER CORRECTING CASE CAPTION |
| v. | ORDER RE MOTIONS FOR ASSIGNMENT TO DISTRICT JUDGE |
| JAMES YATES, et al., | |
| Defendants. | (Docs. 8, 10). |
| | ORDER STRIKING COURT DOCUMENT 12 |
| | (Doc. 12) |

This is a civil action filed by plaintiff William Inscoe ("plaintiff"), a state prisoner proceeding pro se. This action was removed from Fresno County Superior Court on October 21, 2008. (Doc. 1).

**Plaintiff May Not Represent Other Inmates**

Plaintiff captions this action as one brought by all Lesbian, Gay, Bisexual, Transgendered and Queer ("LGBTQ") inmates. Plaintiff, who is a non-lawyer, may not represent anyone but himself/herself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

The correct caption for this case is: William Inscoe v. James Yates et al.

**Request for Assignment to District Judge**

On October 29, 2008 Plaintiff filed two motions requesting that this action be assigned to District Judge Lawrence J. O'Neill. (Docs. 8, 10). Plaintiff states that a similar action is presently assigned to the Honorable Judge O'Neill.

Actions are assigned in accordance with the Assignment Plan approved by this Court en banc. Local Rule 3-120; See also Appendix A to the Local Rules. When an action is related to another action, the Court may reassign either case to any Judge or Magistrate Judge in the Eastern District of California as the situation may dictate. Local Rule 83-123. The Court does not find that reassignment of this action is warranted at this time. Plaintiff's motions for assignment of this action to the Honorable Lawrence J. O'Neill, filed October 29, 2008, are HEREBY DENIED without prejudice..

**Order Striking Court Document 12**

On November 24, 2008, Plaintiff filed an "Introduction" to this action (Doc. 12). Neither the Local Rules nor the Federal Rules provide the right to file an introduction, and the court neither requested one nor granted a request on the behalf of plaintiff to file one. Accordingly, plaintiff's "Introduction", filed November 24, 2008, is HEREBY ORDERED STRICKEN.

IT IS SO ORDERED.

Dated:   **December 10, 2008**                     /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE