# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM INSCOE, | CASE NO. 1:08-cv-01588 DLB PC |
| Plaintiff, | ORDER INSTRUCTING PLAINTIFF ON SERVICE OF PROCESS, AND REQUIRING PLAINTIFF TO SERVE DEFENDANTS WITHIN ONE-HUNDRED TWENTY DAYS |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

I.  Order Directing Plaintiff to Initiate Service of Process

Plaintiff William Inscoe ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that Plaintiff's amended complaint states cognizable claims for relief against defendants Langley, Reagan, Martinez and Holt for violation of the Eighth Amendment.[1]

Because Plaintiff is not proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and complaint on defendants Langley, Reagan, Martinez and Holt. The Clerk of the Court will be directed to issue four summonses to Plaintiff for purposes of service of process. See Fed. R. Civ. P. 4.

Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure 4 within one-hundred twenty (120) days from the date of service of this order. Plaintiff shall serve

---

[1] In an order issued concurrently, the court dismissed defendants Yates and Hudson-Huckabay from the action.

1

a copy of this order on each defendant together with a summons and a copy of the amended complaint. The following two sections contain instructions on how to serve defendants.

### A. Waiver of Service

Pursuant to Rule 4(d)(2), Plaintiff may (but is not required to) notify Defendants Langley, Reagan, Martinez and Holt of the commencement of this action and request that they waive service of the summons. Fed. R. Civ. P. 4(d)(2). If Plaintiff wishes to do this, she must mail each defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the amended complaint. The documents must be addressed directly to each defendant (<u>not the Attorney General's Office</u>) and must be dispatched (mailed) through first-class mail. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow each defendant at least thirty (30) days in which to return the waiver to Plaintiff. If defendants sign and return the waiver forms to Plaintiff, Plaintiff must then file the forms with the court. After filing the forms with the court, Plaintiff need not take any further steps to serve defendants. Fed. R. Civ. P. 4(d)(4).

### B. Personal Service

If either (1) Plaintiff does not wish to request defendants to waive service <u>or</u> (2) one or more of the defendants fail to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must have personal service effected on defendants. Each defendant must be personally served with a summons and a copy of the amended complaint, along with a copy of this order. <u>Plaintiff may not effect personal service himself</u>. Fed. R. Civ. P. 4(c). <u>Service may be effected by any person who is not a party to this action and who is at least eighteen years old</u>. Id. The court will provide Plaintiff with a copy of Rule 4 along with this order. Plaintiff should review Rule 4(e)(2), which addresses how personal service may be effected.

### C. Conclusion

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send Plaintiff four (4) summonses;
2. The Clerk is further directed to send Plaintiff:
   a) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver

of Service of Summons;"

  b) One (1) copy of the form entitled "Waiver of Service;"

  c) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

  d) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on defendants at the time of service of the summons and amended complaint;

4. Plaintiff shall complete service of process on defendants Langley, Reagan, Martinez and Holt within **one-hundred twenty (120) days** from the date of service of this order; and

5. Plaintiff's failure to timely complete service of the amended complaint on the defendants Langley, Reagan, Martinez and Holt may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **October 27, 2009**     **/s/ Dennis L. Beck**
                 UNITED STATES MAGISTRATE JUDGE